■ PHYLLIS HOLLY et al., Respondents, v RICHARD O. RICHTBERG et al., Appellants. [606 NYS2d 1007] —In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Suffolk County (Floyd, J.), en-

tered November 1, 1991, which denied their motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The plaintiffs have raised triable issues of fact *(see,* CPLR 3212) as to whether the offending instrumentality was situated on the property owned by the defendants. Mangano, P. J., Rosenblatt, Lawrence and Joy, JJ., concur.